# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MOHAMED SANKOH, * | |
| Plaintiff * | |
| v. * | Civil Action No. 8:17-cv-2276-PX |
| LOVET AKO, * | |
| Defendant * | |

***

## MEMORANDUM OPINION AND ORDER

On April 6, 2018, a default judgment was entered in favor of Plaintiff Mohamed Sankoh and against Defendant Lovet Ako in the amount of $29,572.61. ECF No. 10 at 13. Plaintiff moved for a writ of garnishment to TD Bank, N.A. ("TD Bank"), which the Court issued. ECF Nos. 21, 24. TD Bank filed a Plea of Nulla Bona, denying that it had any seizable property under the writ. ECF No. 33.

When a garnishee files a timely answer, "the matters set forth in the answer [are] treated as established for the purpose of the garnishment proceeding unless the judgment creditor files a reply contesting the answer within 30 days after service." Md. Rule 2-645(g); *see also Cadle Co. v. Chipman*, No. JFM-07-00108, 2008 WL 509094, at *1 (D. Md. Feb. 21, 2008). Plaintiff has not filed a reply contesting the answer filed by TD Bank and more than thirty days have passed since the answer was served.

Accordingly, it is this 29 day of August, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for judgment and dismissal (ECF No. 33) filed by Garnishee TD Bank, N.A. BE, and the same hereby IS, GRANTED;[1]

2. Garnishee TD BANK, N.A. hereby is DISMISSED from this case;

3. The writ of garnishment issued by the Clerk of the Court to TD Bank, N.A. on June 20, 2018 (ECF 24-3) BE, and the same hereby IS, QUASHED; and

4. The clerk will transmit copies of this Memorandum Opinion and Order to counsel for the parties.

 __8/29/18_____          _____/S/_____
Date                                   Paula Xinis
                                       United States District Judge

---

[1] While TD Bank seeks dismissal of the entire action, this Order reaches only the writ of garnishment to TD Bank.